**FILED**
**OCT. 19, 2021**
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK CHRISTIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-02595 (UNA) |
| ) | |
| REPUBLICAN PARTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

Plaintiff alleges that elected officials have taken oaths of office and have violated their oaths by conspiring to deprive him of his constitutionally protected rights. *See* Compl. at 1-2. Their conspiracy has caused plaintiff to "suffer[] . . . Hate-Crimes, Indigence, Stalking, Computer-hacking, Cyber-stalking, Identity-theft, Malicious-wounding, Assault, . . . Extortion, Embezzlement, Fraud, Prosecutorial-Vindictiveness, Perjury, Subornation-to-Perjury, Disinformation, . . . Incitement" and other harms over 13 years, *id.* at 3, for which he demands an award of $12.5 billion, *id.* at 4.

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). Here, having reviewed the complaint carefully, the Court concludes that it cannot discern what claim or claims plaintiff intends to bring; it will thus be dismissed. S*ee Gwinnell-Kennedy v. U.S. Gov't Judiciary*, No. 09-cv-737, 2009 WL 1089543, at *1 (D.D.C. Apr. 22, 2009) (summarily dismissing complaint under § 1915(e)(2) because it was "incoherent"); *McGuire v. U.S. Dist. Court*, No. 10-cv-696, 2010 WL 1855858, at *1 (D.D.C. May 4, 2010) (summarily dismissing complaint under §

1915(e)(2) because it was "largely incoherent and nonsensical"); *cf. Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing . . . . factual allegations and legal conclusions . . . lack[ing] an arguable basis either in law or in fact" shall be dismissed.).

Accordingly, the Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2). An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 19, 2021                                /s/
                                                      JAMES E. BOASBERG
                                                      United States District Judge